UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2018-02
SEPTEMBER 25, 2018 SESSION



FILED
SEP 26 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:18-00204
42 U.S.C. § 1383a(a)(3)(A)

ELIZABETH MUNCY

# I N D I C T M E N T
### (Concealment of Event that Affects SSI Benefits)

The Grand Jury Charges:

1. In or about October 1987, defendant ELIZABETH MUNCY applied with the United States Social Security Administration for Title XVI Supplemental Security Income Benefits ("SSI benefits"). Defendant ELIZABETH MUNCY was awarded and began receiving benefits in November of 1987.

2. At all relevant times, the amount of benefits that defendant ELIZABETH MUNCY was entitled to receive was based, in part, on her income and living arrangements. As such, defendant ELIZABETH MUNCY had a continuing obligation to report to the Social Security Administration any change in income or living arrangements.

3. On or about September 23, 2008, defendant ELIZABETH MUNCY reported to the SSA that she was married on or about

September 16, 2008, but falsely stated that she was not residing with her spouse, C.M. As a result of this false report, the Social Security Administration continued paying SSI benefits to defendant ELIZABETH MUNCY without considering any income and resources from her spouse, C.M., in reliance upon defendant ELIZABETH MUNCY's false claim of separation. In fact, defendant ELIZABETH MUNCY resided with and was actually married to C.M. on September 16, 2006.

4. From in or about October 2006, through in or about October 2017, defendant ELIZABETH MUNCY fraudulently collected approximately $91,683 in SSI benefits based on her concealment of and failure to disclose the fact that she resided with her spouse, C.M.

5. From in or about September 2006, through in or about October 2017, at or near Kermit, Mingo County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant ELIZABETH MUNCY, having knowledge of the occurrence of an event affecting her continued right to receive and continue to receive such SSI benefits, knowingly concealed and failed to disclose such event with an intent fraudulently to secure such SSI benefits in an amount and quantity greater than was due, that is, defendant ELIZABETH MUNCY concealed from and failed to disclose to the SSA the fact that she was residing with her spouse, C.M., which

fraudulently increased the amount of SSI benefits defendant ELIZABETH MUNCY was entitled to receive.

In violation of Title 42, United States Code, Section 1383a(a)(3)(A).

                                        MICHAEL B. STUART
                                        United States Attorney


By: _____
     ERIK S. GOES
     Assistant United States Attorney